# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DAN PROFT and <br> LIBERTY PRINCIPLES PAC, <br>             Plaintiffs, <br>    v. <br> LISA MADIGAN *et al.*, , <br>             Defendants. | ) <br> ) <br> ) No. 18 CV 4947 <br> ) <br> ) Judge Virginia Kendall <br> ) <br> ) <br> ) <br> ) <br> ) |

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS

Defendants Lisa Madigan, Attorney General of Illinois; and the members of the Illinois Board of Elections, by their attorney, Lisa Madigan, Attorney General of Illinois, respectfully move for a three-day extension of time (until September 27, 2018) to file their reply in further support of their motion to dismiss. In support of this motion, Defendants state as follows:

1. Plaintiffs filed a motion for preliminary injunction on August 9, 2018. Dkt. 12. On September 10, 2018, Defendants filed a motion to dismiss as well as a response to Plaintiffs' preliminary injunction motion. Dkt. 18, 19. Plaintiffs filed a combined response to Defendants' motion to dismiss and reply in support of their preliminary injunction motion on September 17, 2018. Dkt. 25.

2. Defendants' reply in support of their motion to dismiss is currently due September 24, 2018. Dkt. 16. Oral argument is set for October 9, 2018 at 10 a.m. *Id.*

2

      3.      Defendants' counsel has an extremely heavy case load at this time. Defendants request three additional days so that agency counsel has sufficient time to review and comment on the reply. Plaintiffs will not be prejudiced by this delay, as it will not affect the oral argument set for October 9. Accordingly, Defendants request that the Court extend their deadline to file a reply in support of their motion to dismiss by three days, to September 27, 2018.

      4.      This is the Defendants' first request for an extension of this deadline. Plaintiffs' counsel does not object to the request as long as the date of the oral argument is not affected.

      Wherefore, Defendants respectfully request that the Court grant their motion to extend their deadline to file a reply in support of their motion to dismiss to September 27, 2018.

                            Respectfully submitted,

LISA MADIGAN                          /s/ *Sarah H. Newman*
Attorney General of Illinois           Thomas A. Ioppolo
                                            Sarah H. Newman
                                            Assistant Attorneys General
                                            General Law Bureau
                                            100 W. Randolph, 13th floor
                                            Chicago, Illinois 60601
                                            312- 814-7198 / 312-814-6131
                                            tioppolo@atg.state.il.us
                                            snewman@atg.state.il.us

                                            *Counsel for Defendants*